IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| JESSICA BUNCH, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 6:16-CV-233 |
| | § | |
| CVS PHARMACY, INC. AND REDBOX | § | |
| AUTOMATED RETAIL, LLC, | § | |
| | § | |
| Defendants. | § | |

**DEFENDANT REDBOX AUTOMATED
RETAIL, LLC'S NOTICE OF WRITTEN DISCOVERY**

Please take notice that Redbox Automated Retail, LLC has served the following discovery document on all counsel of record this date:

1. Defendant Redbox Automated Retail, LLC's Disclosure of Expert Witnesses.

Respectfully submitted,

**MACDONALD DEVIN, P.C.**

/s/ Patrick F. Madden
**PATRICK F. MADDEN**
State Bar No. 00787943
pmadden@macdonalddevin.com
**O. LUKE DAVIS, III**
State Bar No. 05532700
ldavis@macdonalddevin.com

3800 Renaissance Tower
1201 Elm Street
Dallas, Texas 75270-2130
214.744.3300 Telephone
214.747.0942 Facsimile

**COUNSEL FOR DEFENDANT
REDBOX AUTOMATED RETAIL, LLC**

## CERTIFICATE OF SERVICE

Undersigned counsel certifies that the above and forgoing was served on all counsel of record on this 15th day of August, 2017.

/s/ Patrick F. Madden
**Patrick F. Madden**